UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY T. ADAMS, | ) | Case No.: 4:06 CV 271 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MARC HOUCK, WARDEN, | ) | |
| | ) | |
| Defendant | ) | ORDER |

On February 3, 2006, Petitioner Stanley T. Adams (hereinafter, "Adams" or "Petitioner") filed a petition for writ of habeas corpus (ECF No. 1) pursuant to 28 U.S.C. § 2254, challenging the constitutionality of his state court jury trial conviction for one count of murder and one count of rape. This court referred the case to Magistrate Judge David S. Perelman for preparation of a Report and Recommendation. Both parties filed briefs in support of their respective positions. (*See* ECF. Nos. 7, 20.) The Magistrate Judge then submitted his Report and Recommendation on January 10, 2007, recommending that Adams' petition for habeas corpus under 28 U.S.C. § 2254 be denied and dismissed. (ECF No.21.) Adams filed Objections to the Report and Recommendation on February 5, 2007. (ECF No. 24.)

The court finds, after careful *de novo* review of the Magistrate Judge's Report and Recommendation and all other relevant documents, that the Magistrate Judge's conclusions are fully

supported by the record and controlling case law.  Accordingly, the court adopts as its own the Magistrate Judge's Report and Recommendation.  (ECF No. 21.)  Adams' petition for a writ of habeas corpus is hereby denied.  The court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 28, 2007